UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES MCLIN,
REPRESENTING HIS
DECEASED SPOUSE,
VICKIE LYNN MCLIN

VERSUS

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF THE SOCIAL SECURITY
ADMINISTRATION

CIVIL ACTION

NO. 14-114-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 28, 2015, to which an objection was filed:

**IT IS ORDERED** that the Commissioner's decision is AFFIRMED and that Plaintiff's appeal is DISMISSED with prejudice.

Signed in Baton Rouge, Louisiana, on September 21, 2015.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA